# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 3, 2017

## NO. 03-16-00751-CV

**Vance Allan Black, Appellant**

**v.**

**Alyssa Lea Black, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all

costs relating to this appeal, both in this Court and in the court below.